PROB 12C
(6/16)

Report Date: August 7, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 07, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nathan Mountain Chief          Case Number: 0980 2:18CR00178-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: March 6, 2019

Original Offense:        Escape from Custody, 18 U.S.C. §§ 751(a), 4082(a)

Original Sentence:       Prison - 6 Months;           Type of Supervision: Supervised Release
                         TSR - 1 Year

Asst. U.S. Attorney:     George J. C. Jacobs, III     Date Supervision Commenced: May 17, 2019

Defense Attorney:        Federal Public Defender      Date Supervision Expires: May 16, 2020

## PETITIONING THE COURT

**To issue a summons**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: Mr. Chief is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about June 27, July 24, and August 6, 2019, based on urinalysis testing and the client's admission of such use in two instances.<br><br>On May 20, 2019, Mr. Nathan Mountain Chief signed his conditions relative to case number 2:18CR00178-RMP-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Chief was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances.<br><br>Specifically, on June 27, 2019, the undersigned officer received a phone call from the client's house manager who indicated the client had been exhibiting some concerning behavior. Namely, the client was alleged to have barricaded himself in the basement of the residence and was making odd noises. The undersigned officer was able to contact the client telephonically, who described his activity as "working out", but who did admit to using methamphetamine previously on June 25, 2019, after he became depressed, stating he was |

Prob12C
Re: Chief, Nathan Mountain
August 7, 2019
Page 2

unlikely to secure employment. Mr. Chief was directed to report on the day in question and he later reported as required. Mr. Chief submitted to urinalysis testing, the results of which were presumptive positive for methamphetamine, and the client subsequently signed a drug use admission form documenting his most recent use of the substance as occurring on June 25, 2019.

On July 24, 2019, the undersigned officer received a phone call from the client who advised he had missed a random scheduled urinalysis test the day prior with the contract provider. Mr. Chief later reported as required and submitted to urinalysis testing, the results of which reflected as being presumptive positive for methamphetamine. Mr. Chief denied any new use of illicit substances and the sample was sent to the laboratory for verification.

On July 30, 2019, the U.S. Probation Office received laboratory confirmation that the sample submitted by the client on July 24, 2019, had in fact been confirmed as being positive for methamphetamine. On August 6, 2019, the client reported to the U.S. Probation Office in Spokane, and again denied intentionally ingesting the substance, but did admit to accepting a ride with an individual he had recently met, who then smoked the substance to excess in the car while he was present. Mr. Chief advised he believes as though he may have unintentionally ingested the product through this contact.

As a part of the client's August 6, 2019, report to the U.S. Probation Office, Mr. Chief was additionally questioned on any recently occurring use and he admitted he had used most recently on or about August 5, 2019, stating he was "stressed" over a recent miscommunication he had experienced with his primary treatment provider. Mr. Chief also advised he had now secured full-time employment effective today, therefore felt as though he could now maintain his sobriety. Mr. Chief did sign a drug use admission form as a part of the contact, documenting his recent use of the substance, as previously occurring on or about August 5, 2019.

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

|  |  |
|---|---|
| Executed on: | August 7, 2019 |
|  | s/Chris Heinen |
|  | Chris Heinen<br>U.S. Probation Officer |

Prob12C
**Re: Chief, Nathan Mountain**
**August 7, 2019**
**Page 3**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

8/7/2019

Date