Report Date: August 23, 2019

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 26, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nathan Mountain Chief  Case Number: 0980 2:18CR00178-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: March 6, 2019

Original Offense: Escape from Custody, 18 U.S.C. §§ 751(a), 4082(a)

Original Sentence: Prison - 6 Months;  Type of Supervision: Supervised Release
TSR - 1 Year

Asst. U.S. Attorney: George JC Jacobs, III  Date Supervision Commenced: May 17, 2019

Defense Attorney: Federal Public Defender  Date Supervision Expires: May 16, 2020

## PETITIONING THE COURT

To issue a **WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/07/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| | **Supporting Evidence**: Mr. Chief is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about August 20, 2019, based on urinalysis testing and the client's admission of such use. |
| | On May 20, 2019, Mr. Nathan Mountain Chief signed his conditions relative to case number 2:18CR00178-RMP-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Chief was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances. |
| | Specifically, on August 20, 2019, the client reported to the U.S. Probation Office in Spokane, and did submit to urinalysis testing, the results of which was presumptive positive for methamphetamine. The client subsequently admitted to using methamphetamine previously occurring on or about August 18, 2019, and did sign a drug use admission form serving to document the client's admitted use. It should also be noted the client did inquire |

with the testing officer about the possibility of not reporting the conduct to the Court, but after further discussion, admitted not reporting such behavior would ultimately not be in his best interest or contribute to his ability to maintain his sobriety. Mr. Chief also advised the testing officer he felt as though his continued lack of participation in outpatient chemical dependency treatment services was likely contributing to his continued use of illicit substances.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 23, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

8/26/2019

Date