Report Date: September 11, 2019

United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 11, 2019

SEAN F. McAVOY, CLERK

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nathan Mountain Chief                Case Number: 0980 2:18CR00178-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: March 6, 2019

| | | |
|---|---|---|
| Original Offense: | Escape from Custody, 18 U.S.C. §§ 751(a), 4082(a) | |
| Original Sentence: | Prison - 6 months;  TSR - 12 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: May 17, 2019 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: May 16, 2020 |

## PETITIONING THE COURT

To issue a **WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/07/2019, and 08/23/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.  <br><br>**Supporting Evidence**:  Mr. Chief is alleged to have violated standard condition number 13 by failing to report to the U.S. Probation Office on or about September 9, 2019.  <br><br>On May 20, 2019, Mr. Nathan Mountain Chief signed his conditions relative to case number 2:18CR00178-RMP-1, indicating he understood all conditions as ordered by the Court, to include standard condition number 13, as noted above.  <br><br>On September 6, 2019 at approximately 7:20 a.m., during text communication, Mr. Chief was directed to report to the probation office that same day for the purposes of urinalysis testing.  At approximately 4:50 p.m., Mr. Chief had not yet reported.  USPO Heinen placed a call to Mr. Chief, who indicated he was walking toward the building, but was no where near the building to be able to arrive by 5 p.m. Mr. Chief was then directed to report to the U.S. Probation Office on Monday, September 9, 2019, to submit to urinalysis testing at that time.  Mr. Chief agreed to do so and would make reporting to the U.S. Probation Office his priority for that day. |

On September 9, 2019, Mr. Chief failed to report, thereby, failing to submit to urinalysis testing.

4  **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Chief is alleged to have violated special condition number 3 by failing appear for urinalysis testing on or about September 9, 2019.

On May 20, 2019, Mr. Nathan Mountain Chief signed his conditions relative to case number 2:18CR00178-RMP-1, indicating he understood all conditions as ordered by the Court, to include special condition number 3, as noted above.

On September 6, 2019, at approximately 7:20 a.m., during text communication, Mr. Chief was directed to report that same day for the purposes of urinalysis testing. At approximately 4:50 p.m., Mr. Chief had not yet reported. USPO Heinen placed a call to Mr. Chief, who indicated he was walking toward the building but was no where near the building to be able to arrive by 5 p.m. Mr. Chief was then directed to report to the U.S. Probation Office on Monday, September 9, 2019, to submit to urinalysis testing at that time. Mr. Chief agreed to do so and would make reporting to the U.S. Probation Office his priority for that day.

On September 9, 2019, Mr. Chief failed to report, thereby, failing to submit to urinalysis testing.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **WARRANT.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/11/2019

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

9/11/2019

Date