PROB 12C
(6/16)

Report Date: October 16, 2019

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 16, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Nathan Mountain Chief | Case Number: 0980 2:18CR00178-RMP-1 |

Address of Offender: Homeless

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: March 6, 2019

| | | |
|---|---|---|
| Original Offense: | Escape from Custody, 18 U.S.C. §§ 751(a), 4082(a) | |
| Original Sentence: | Prison - 6 Months;<br>TSR - 12 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George JC Jacobs, III | Date Supervision Commenced: May 17, 2019 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: May 16, 2020 |

### PETITIONING THE COURT

To issue a **WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/07/2019, 08/23/2019, and 09/11/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: Mr. Chief is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about October 14, 2019, and by ingesting his prescription medication Suboxone in excess of the client's prescribed dosage, based on the client's admission of such use.<br><br>On May 20, 2019, Mr. Nathan Mountain Chief signed his conditions relative to case number 2:18CR00178-RMP-1, indicating he understood all conditions as ordered by the Court.  Specifically, Mr. Chief was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances.<br><br>Specifically, on October 15, 2019, the client reported to the U.S. Probation Office in Spokane, and admitted to ingesting methamphetamine most recently occurring on October 14, 2019, while housed at the Spokane Residential Reentry Center. Mr. Chief additionally admitted to ingesting his prescription medication, Suboxone, in excess of the prescribed |

Prob12C
Re: Chief, Nathan Mountain
October 16, 2019
Page 2

        dosage, stating he then gave away what was left of it to a third party. Mr. Chief did sign a drug use admission form serving to document the client's admitted use of methamphetamine.

6      **Special Condition #6**: Defendant shall be released directly to the residential reentry center (RRC) as soon as a bed becomes available, for a period not to exceed 180 days. Defendant must reside in the RRC for a period of up to 180 days at the direction of the supervising officer. Defendant's participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. Defendant must abide by the rules and requirements of the facility. While in the RRC, defendant will obtain health insurance and a pre-treatment physical exam, both of which are requirements for acceptance into the Northwest Indian Treatment Center.

        **Supporting Evidence**: Mr. Chief is alleged to have violated special condition number 6 by being unsuccessfully discharged from the Spokane RRC on October 15, 2019.

        On October 9, 2019, the undersigned officer took custody of the client, following his Court approved release from the custody of the United States Marshals Service. As a part of the contact, Mr. Chief was advised of his two new and recently imposed special conditions to include RRC placement and that he obtain a mental health assessment. Specifically, Mr. Chief was advised he was to remain in compliance with all facility rules and regulations while housed at the Spokane RRC, to which he stated his understanding.

        Specifically, on October 14, 2019, the undersigned officer received separate notifications from the client's assigned RRC case manager, the facility director, and the facility assistant director regarding numerous concerns with respect to the client. Initially, such concerns included the client deviating while on approved facility passes, his arriving late from such passes, his arrival at the facility with a prescription for Suboxone, a medication not allowed at the facility, and his failure to contact the entity in between point to point passes. Initially, the client was approved to remain at the facility given the conduct as articulated.

        At 3:47 p.m., on October 14, 2019, the undersigned officer again received notification from facility staff indicating the client had since been found to have been in possession of a used syringe, and he was found to have cut a "slit" down the side of his mattress, to a degree in which the mattress could not be repaired. As a result fo the client's possession of dangerous contraband and his apparent destruction of property, the client was unsuccessfully discharged from the facility effective October 15, 2019.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **WARRANT**.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 16, 2019

        s/Chris Heinen

        Chris Heinen
        U.S. Probation Officer

Prob12C
Re: Chief, Nathan Mountain
October 16, 2019
Page 3

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

10/16/2019
_____
Date