Report Date: October 21, 2019

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Nathan Mountain Chief | Case Number: 0980 2:18CR00178-RMP-1 |

Address of Offender: Homeless

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: March 6, 2019

| | | |
|---|---|---|
| Original Offense: | Escape from Custody, 18 U.S.C. §§ 751(a), 4082(a) | |
| Original Sentence: | Prison - 6 Months; TSR - 12 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: May 17, 2019 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: May 16, 2020 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/07/2019, 08/23/2019, 09/11/2019, and 10/16/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision. |

**Supporting Evidence**: Mr. Chief is alleged to have violated standard condition number 13 by failing to report to the U.S. Probation Office on October 16, 2019.

On May 20, 2019, Mr. Nathan Mountain Chief signed his conditions relative to case number 2:18CR00178-RMP-1, indicating he understood all conditions as ordered by the Court, to include standard condition number 13, as noted above.

Specifically, on October 15, 2019, Mr. Chief was unsuccessfully discharged from the Spokane Residential Reentry Center (RRC) where he had previously resided based on the Court's order. This conduct was previously reported to the Court on the petition dated October 16, 2019. Mr. Chief was provided instruction by RRC staff, at the request of the undersigned officer, to report immediately to the U.S. Probation Office in Spokane following his departure. At 9:45 a.m., the client departed from the Spokane RRC following his discharge from services.

At 4:30 p.m., the client reported to the U.S. Probation Office in Spokane in the company of Federal Defender's Office staff. As a part of the meeting, Mr. Chief was directed to again report back to the U.S. Probation Office by 9 a.m. the following day (October 16, 2019), to which the client committed to doing. The client was questioned on why he had not previously reported this date immediately following his discharge from the Spokane RRC, but he was unable to provide a logical explanation and instead verbalized several different thoughts at the same time that were nonsensical.

Mr. Chief then failed to report as directed on October 16, 2019, as directed. On October 18, 2019, shelter volunteer staff at the Union Gospel Mission, where the client was directed to reside, were contacted with respect to the client, and staff advised the client has not been seen or logged in by shelter staff since 2018. As a direct result of the client's conduct, the client's current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  October 21, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition
    with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

10/21/2019
Date