PROB 12C
(6/16)

Report Date: June 30, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 02, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nathan Mountain Chief     Case Number: 0980 2:18CR00178-RMP-1

Address of Offender:             Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: March 6, 2019

Original Offense:     Escape from Custody, 18 U.S.C. §§ 751(a), 4082(a)

Original Sentence:    Prison - 6 Months;          Type of Supervision: Supervised Release
                      TSR - 12 Months

Modified Sentence:    Prison - No time imposed;
(May 18, 2020)        TSR - 24 Months

Asst. U.S. Attorney:  George J.C. Jacobs, III     Date Supervision Commenced: May 17, 2019

Defense Attorney:     Federal Public Defender     Date Supervision Expires: May 16, 2022

---

## PETITIONING THE COURT

**To issue a WARRANT**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

**Supporting Evidence**: Mr. Chief is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about June 19, 2020, based on urinalysis testing and the client's admission of such use.

On May 20, 2019, Mr. Nathan Mountain Chief signed his conditions relative to case number 2:18CR00178-RMP-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Chief was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances.

Specifically, on June 19, 2020, the undersigned officer received a phone call from the client who advised that he had just arrived for a scheduled meeting with a local housing provider whom he had been referred to by the Federal Defender's Office. As a part of the meeting the

Prob12C
**Re: Chief, Nathan Mountain**
June 30, 2020
Page 2

undersigned officer was able to speak with the provider's intake coordinator who confirmed housing availability for the client. Second chance funding was subsequently sought and approved to allow for the client to remain with the housing provider until he could begin working for and volunteering with the same provider to begin covering the cost of his own housing.

Approximately 30 minutes later the undersigned officer received a voice mail from the provider requesting a return call as soon as possible. Upon returning the provider's voice mail, the undersigned officer was advised that the client was not immediately eligible for housing services as he was unable to successfully complete their mouth swab testing process.

Mr. Chief was contacted telephonically by the undersigned officer at which time the client admitted to ingesting methamphetamine on or about Wednesday, June 17, 2020, stating his continued presence in the community is hard for him.

Mr. Chief was directed to report to Pioneer Human Services on the day in question for testing. On June 22, 2020, the undersigned officer received the results relative to the client's submitted sample, which reflected as presumptive positive for amphetamine and methamphetamine. The undersigned officer additionally received on the day in question a drug use admission form in which the client admitted to previously ingesting the prohibited controlled substance.

2          **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

**Supporting Evidence**: Mr. Chief is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about June 28, 2020, based on the client's admission of such use.

On May 20, 2019, Mr. Nathan Mountain Chief signed his conditions relative to case number 2:18CR00178-RMP-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Chief was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances.

Specifically, on June 30, 2020, the undersigned officer received notification from Pioneer Human Services in Spokane that the client had previously failed to appear for random urinalysis testing when his assigned testing color was called by the provider, previously occurring on June 29, 2020. On June 30, 2020, the undersigned officer left both a voice mail and sent a text message to the client directing the client to contact the undersigned officer.

On June 30, 2020, the undersigned officer received a phone call from the client at which time the client was confronted on the missed appointment. Mr. Chief admitted he had forgotten to call the provider as required on June 29, 2020, and was questioned about his current sobriety, at which time he admitted to ingesting methamphetamine approximately 2 days before, indicating that sometimes he just feels like giving up.

Prob12C
Re: Chief, Nathan Mountain
June 30, 2020
Page 3

| | | |
|---|---|---|
| 3 | | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Chief is alleged to have violated special condition number 3 by failing to report for urinalysis testing when his assigned color was called by the contract provider, previously occurring on June 29, 2020.

On May 20, 2019, Mr. Nathan Mountain Chief signed his conditions relative to case number 2:18CR00178-RMP-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Chief was made aware by his U.S. probation officer that he was required to submit to urinalysis testing as directed and to report to the contract provider for testing when his assigned color was called.

Specifically, on June 30, 2020, the undersigned officer received notification from Pioneer Human Services in Spokane that the client had previously failed to appear for random urinalysis testing when his assigned testing color was called by the provider occurring on June 29, 2020. On June 30, 2020, the undersigned officer left both a voice mail and sent a text message to the client directing the client to contact the undersigned officer.

On June 30, 2020, the undersigned officer received a phone call from the client at which time the client was confronted on the missed appointment. Mr. Chief admitted that he had forgotten to call the provider as required on June 29, 2020.

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 30, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

7/2/2020

Date