PROB 12C
(6/16)

Report Date: July 7, 2020

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 07, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Nathan Mountain Chief | Case Number: 0980 2:18CR00178-RMP-1 |
| Address of Offender: Spokane, Washington 99201 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: March 6, 2019

| | | |
|---|---|---|
| Original Offense: | Escape from Custody, 18 U.S.C. §§ 751(a), 4082(a) | |
| Original Sentence: | Prison - 6 Months; TSR - 12 Months | Type of Supervision: Supervised Release |
| Modified Sentence: (May 18, 2020) | Prison - No time imposed; TSR - 24 Months | |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: May 17, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: May 16, 2022 |

### PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/30/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Chief is alleged to have violated special condition number 2 by failing to submit to inpatient treatment services with Pioneer Center East on July 6, 2020, and as a result by being unsuccessfully discharged from outpatient treatment services with Pioneer Human Services on July 7, 2020.<br><br>On May 20, 2019, Mr. Nathan Mountain Chief signed his conditions relative to case number 2:18CR00178-RMP-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Chief was made aware by his U.S. probation officer that he was required |

Prob12C
**Re: Chief, Nathan Mountain**
July 7, 2020
Page 2

to become engaged in and successfully complete outpatient treatment services if he was assessed by a certified provider as being in need of services.

Specifically, and as the Court may recall, Mr. Chief was originally referred back to an intensive outpatient level of care in Spokane, upon his return to the Eastern District of Washington, following the termination of his previously approved placement in the Western District of Washington, due in part to the client's previously admitted use of illicit substances and his continued noncompliance with intensive outpatient treatment services in the district.

On March 25, 2020, Mr. Chief attended his telephonic and updated assessment and intake appointment with the contract provider in Spokane. Mr. Chief was diagnosed as meeting criteria for an intensive outpatient level of care and was scheduled to begin services with the provider effective March 26, 2020. On May 11, 2020, Mr. Chief was placed on a behavior contract by the provider in an effort to address his lack of attendance in services.

On June 23, 2020, Mr. Chief was assessed by the contract provider as needing an inpatient level of care given his continued use of illicit substances, as previously reported to the Court on the petition dated June 30, 2020. Mr. Chief was secured inpatient placement with Pioneer Center East in Spokane, effective July 6, 2020, and was advised by both the contract provider and the undersigned officer of his need to report to the provider for enrollment on the day in question prior to 1 p.m.; a requirement that the client had previously committed to fulfilling during conversation with the undersigned officer.

On July 7, 2020, the undersigned officer was able to verify with Pioneer Center East in Spokane that the client had not arrived as scheduled and required on July 6, 2020. The undersigned officer was then able to staff the client's need for services with the contract treatment provider, Pioneer Human Services, who advised the client would be unsuccessfully discharged from outpatient services on the day in question for failing to follow through with treatment recommendations and failing to submit to inpatient services as recommended and directed.

It should be noted, on July 2, 2020, the undersigned officer received a text message from a previously unknown number indicating the party was in fact the client who had borrowed another person's phone as he had previously lost his cell phone. Mr. Chief committed to maintaining regular contact with the undersigned officer, as the undersigned officer would be unable to contact him; however, he has since failed to do so. Mr. Chief is currently homeless and allegedly without a phone for contact. As a result of the client's current actions, his current whereabouts is unknown and it would appear as though Mr. Chief has absconded from supervised release.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT**.

Prob12C
Re: Chief, Nathan Mountain
July 7, 2020
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  July 7, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

7/7/2020

Date