PROB 12C
(6/16)

Report Date:  August 6, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 06, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nathan Mountain Chief          Case Number: 0980 2:18CR00178-RMP-1

Address of Offender:          Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: March 6, 2019

Original Offense:          Escape from Custody, 18 U.S.C. §§ 751(a), 4082(a)

| | | |
|---|---|---|
| Original Sentence: | Prison - 6 Months<br>TSR - 12 Months | Type of Supervision: Supervised Release |
| Modified Sentence:<br>(May 18, 2020) | Prison - No time imposed<br>TSR - 24 Months | |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: May 17, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: May 16, 2022 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/30/2020, and 07/07/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Mr. Mountain Chief is alleged to have violated mandatory condition number 1, on or about July 20, 2020, with charges now being requested in Spokane County Superior Court for Assault in the Second Degree, in violation of R.C.W. 9A.36.021, a Class B felony; Attempting to Elude Police Vehicle, in violation of R.C.W. 46.61.024, a Class C felony; and, Hit and Run Unattended Vehicle, in violation of R.C.W. 46.52.010, a misdemeanor.

On May 20, 2019, Mr. Nathan Mountain Chief signed his conditions relative to case number 2:18CR00178-RMP-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Chief was made aware by his U.S. probation officer that he was required to refrain from committing another federal, state or local crime.

Prob12C
**Re: Chief, Nathan Mountain**
**August 5, 2020**
**Page 2**

Specifically, and according to police reports received by the undersigned officer on August 5, 2020, at approximately 12:30 a.m. on July 20, 2020, a Spokane police officer observed the client's vehicle traveling on Sprague Avenue, and noted the vehicle to be traveling below the posted speed limit and making small "jerking movements" within the lane. It should be noted that the officer also recognized the vehicle as potentially matching the description of a vehicle associated with a call about a person with a weapon that occurred earlier that night.

The officer observed the vehicle turn southbound onto South Ray Street in Spokane while continuing to drive slowly, with the officer estimating the vehicle's speed to be 10 miles per hour, and noting the vehicle was traveling on the eastside of South Ray Street. The officer, suspecting the driver to be impaired, activated his emergency lights. The client was reported to have then made two additional turns while continuing to drive slowly, finally coming to a stop. A second officer arrived to assist and stopped with his vehicle facing the front of the client's vehicle.

Upon approaching the vehicle, the primary officer observed the client to be the only occupant, identifying the driver as a "native male in his 30's with long black hair." The officer noted that he could not observe the client's right hand, as it was below the steering wheel and he asked the client to place both of his hands on the steering wheel. The officer also noted that the client appeared to be nervous, citing the client's "shaky" speech and his decision to not immediately comply with his request to place his hands on the steering wheel. The officer noted that the client did eventually place his hands on the steering wheel as directed. The officer then asked the client to turn off his vehicle multiple times, to which he failed to comply. The client continued to instead ask what was wrong, and the officer, becoming fearful that the client may flee in his vehicle, requested that the assisting officer close the distance between his patrol car and the front of the client's vehicle.

The assisting officer adjusted the position of his vehicle and then exited his vehicle to further assist the primary officer, at which time the client suddenly accelerated into the patrol car in front of him, striking the front push bar and driving the patrol car backwards. The assisting officer drew his weapon and stepped out of the way of the oncoming vehicle, noting he was unsure as to whether the client was attempting to flee or intentionally run him over. The assisting officer was described as being located near the front passenger side of the suspect vehicle when the vehicle suddenly accelerated. The client then fled in the vehicle with both officers giving chase.

As a part of the pursuit, the client's vehicle was described as reaching speeds of approximately 70 miles per hour in a posted 30 mile-per-hour zone, and as driving with a "wilful and wanton disregard for the safety of other motorists and civilians in the area". Officers further noted, as a part of the pursuit, successful deployment of spike strips on two separate occasions. Officers ultimately terminated the pursuit at the intersection of Division and 2nd Avenue due to the client's decision to travel into downtown Spokane. Officers noted that the client was observed to have continued through the solid red light at the intersection, as well as several additional solid red lights on 2nd Avenue.

The client's vehicle was later located parked on West 6th Court just West of Cannon Street in Spokane, but a K9 track was unsuccessful in tracking the client. Mr. Chief was subsequently identified by law enforcement after locating his photograph using available resources. A K9 sniff of the vehicle was subsequently conducted, with the K9 alerting on the front driver's door of the suspect's vehicle.

Prob12C
**Re: Chief, Nathan Mountain**
**August 5, 2020**
**Page 3**

On July 21, 2020, following the issuance of a signed search warrant for the vehicle, a search was executed in which several hypodermic needles were located throughout the car, as well as several documents and a debit/credit card with the client's name on them. Nothing was seized from the vehicle as a result of the search.

Mr. Chief's whereabouts remain unknown.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 6, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[ X ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[ X ]   Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

8/6/2020

Date